JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN MCDOWELL, | Case No. 5:20-cv-00968-MWF-MAA |
| Petitioner, | **JUDGMENT** |
| v. | |
| M. POLLARD, Warden, | |
| Respondent. | |

Pursuant to the Order Dismissing Action and Directing Clerk to File Petition as Motion for Leave to Amend Petition filed herewith,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: May 6, 2020

_____
MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE